UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Juan Aleman,

        Plaintiff,

                                            ORDER ADOPTING
v.                                    REPORT AND RECOMMENDATION

Performance Food Group,

        Defendant.                       Civ. No. 13-605 (MJD/LIB)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

That the Plaintiff's Complaint [Docket No. 1] is **DISMISSED WITHOUT PREJUDICE**, for failure to comply with this Court's Order of March 20, 2013, [Docket No. 4], and for lack of prosecution.

DATED: May 29, 2013                                    s/Michael J. Davis
At Minneapolis, Minnesota                     Michael J. Davis, Chief Judge
                                                              United States District Court